### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW J. RICHEY | : | |
| 200 Ross Road, | : | CIVIL ACTION NO. |
| King of Prussia, Pennsylvania 19406 | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TIMOTHY W. HOWES | : | |
| 301 Collabeck Road, | : | **COMPLAINT AND JURY DEMAND** |
| Feura Bush, New York 12067 | : | |
| Defendant. | : | |

## CIVIL ACTION COMPLAINT

## THE PARTIES

1.    Plaintiff, Matthew J. Richey, (hereinafter referred to as "Plaintiff" and/or "Richey") is an adult individual and citizen and resident of the Commonwealth of Pennsylvania, residing at 200 Ross Road, King of Prussia, Pennsylvania, 19406.

2.    Defendant, Timothy W. Howes, (hereinafter referred to as "Defendant" and/or "Howes") is an adult individual and citizen and resident of the State of New York, residing and domiciled at 301 Collabeck Road, Feura Bush, New York 12067.

## JURISDICTION

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States".

## VENUE

4.    Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the Eastern District of Pennsylvania in that it is where a substantial part of the events or

omissions giving rise to the claim occurred.

### **FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

5. At all times relevant and material to this Civil Action, Defendant, Timothy W. Howes, owned, operated, controlled, possessed, maintained and/or leased a 2015 Honda Civic vehicle, bearing New York license plate LWJ8775.

6. On or about June 2, 2025 at approximately 6:15 A.M., Plaintiff, Matthew J. Richey, was the lawful operator of a motor vehicle, to wit, a Chevrolet Cobalt, Pennsylvania License Plate #MKP3568, traveling westbound on Fifth Street, at its intersection with Dekalb Street, Philadelphia, Pennsylvania.

7. On the aforestated date and time, Defendant, Howes, was operating the aforedescribed vehicle southbound on Dekalb Street approaching its intersection with 5th Street, in Bridgeport, Pennsylvania.

8. Plaintiff, upon stopping and entering the intersection with proper clearance, was violently struck the passenger side rear door by the Defendant, who disregarded a flashing yellow light and entered the intersection without the right of way and/or proper clearance, causing him to sustain severe and grievous injuries hereinafter more fully set forth.

9. At all times material hereto, the accident, herein, was caused solely by the negligence and carelessness of the Defendant and was in no manner whatsoever due to any act or omission of the Plaintiff, Matthew J. Richey.

**COUNT I**
**PLAINTIFF, MATTHEW J. RICHEY v. DEFENDANT, TIMOTHY W. HOWES**

10. Plaintiff incorporates by reference herein the allegations set forth in the averments of paragraphs 1 through 9 of this Complaint, inclusive, as if set forth herein at length.

11. The negligence, recklessness and carelessness of Defendant, Timothy W. Howes, herein, consisted of the following:

    a)    Operating a motor vehicle at a high and excessive rate of speed under the circumstances and conditions;

    b)    Failure to have a motor vehicle under proper and adequate control;

    c)    Failure to use the highest degree of skill in the operation of a motor vehicle;

    d)    Failing to warn of the immediate and impending danger of striking Plaintiff;

    e)    Failing to warn Plaintiff of the impending collision;

    f)    Failure to keep a proper lookout for other vehicles lawfully upon the highway;

    g)    Continuing to operate a vehicle in a direction toward the vehicle occupied by Plaintiff, Matthew J. Richey, when Defendant, Timothy W. Howes, saw, or in the exercise of reasonable diligence should have seen that further operation in that direction would result in a collision;

    h)    Failure to exercise due care and caution under the circumstances;

    i)    Failure to obey traffic signals;

    j)    Violations of the Statutes of the Commonwealth of Pennsylvania governing the operation of motor vehicles upon the highway, to wit, 75 Pa.C.S.A. Section 3112, 3323, et seq.;

    k)    Fleeing the scene of a motor vehicle collision;

l) Entering an intersection without the proper clearance;

m) Failing to keep a proper lookout for other vehicles on the roadway;

n) Driving while knowingly distracted; and

o) Driving while operating a handheld device.

12. As a direct and proximate result of the negligence, recklessness and carelessness of Defendant, Timothy W. Howes, herein, acting as aforesaid, Plaintiff, Matthew J. Richey, was caused to sustain injuries to his bones, joints, muscles, tendons, blood vessels and soft tissues throughout his body, including but not limited to, comminuted inferiorly displaced right orbital floor fracture, closed head injury, facial periocular laceration, multiple lacerations and abrasions, scarring, left shoulder strain/sprain, cervical strain sprain, AC joint hypertrophy, left C2-C3 disc herniation, disc protrusion at C3-C4, disc bulging at C4-C5, disc protrusion at C5-C6 and C6-C7, cervical radiculopathy and various other ills and injuries; all of which injuries have, in the past, and will, in the future, cause Plaintiff, Matthew J. Richey, great pain and suffering, are serious and permanent in nature, and have caused Plaintiff herein serious and permanent impairments of bodily functions.

13. As a direct and proximate result of the negligence, recklessness and carelessness of Defendant, Timothy W. Howes, Plaintiff, Matthew J. Richey, has and will be obligated to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses and he may be obligated to continue to expend such sums and to incur such expenditures for an indefinite period of time in the future all to his great detriment and loss and is recoverable from Defendant herein.

14. As a direct and proximate result of the negligence, recklessness and carelessness of Defendant, Timothy W. Howes, Plaintiff, Matthew J. Richey, has suffered agonizing aches, severe

physical pains, disability, mental anguish and humiliation and will continue to suffer the same for an indefinite time in the future, all to his great detriment and loss.

15.    As a direct and proximate result of the negligence, recklessness and carelessness of Defendant, Timothy W. Howes,  Plaintiff, Matthew J. Richey, has or may suffer a loss of earnings and impairment of his earning capacity and power, and may continue to incur same in the future.

**WHEREFORE**, Plaintiff, Matthew J. Richey, demands judgment in his favor and against Defendant, Timothy W. Howes, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) together with interest and costs.

## JURY DEMAND

Plaintiff, Matthew J. Richey, demands a jury trial.

**TABAKINWOLFE, LLP**

BY:_____
RICHARD A. WOLFE, ESQUIRE
Attorney I.D. No.: 78944
rich@twnlegal.com
Office Court at Blue Bell
587 Skippack Pike, Suite 300
Blue Bell, PA  19422
(215) 525-1616 – phone
(215) 525-5858 – facsimile
*Attorney for Plaintiff,*
*Matthew J. Richey*